Appellant.— Award affirmed. All concurred, except Smith, P. J., and Howard, J., who dissented.

In the Matter of the Petition of J. Frank Dupont, Respondent, for Determination of the Amount of the Damages Sustained by Him by the Change of Grade of North Main Street in the Village of Port Henry, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Claim of Mike Valentine, Respondent, v. Smith, Angevine & Company, Inc., Employer, and Ætna Life Insurance Company, Insurer, Appellants.— Motion granted.

In the Matter of the Application of Austin L. Goodrich, Respondent, v. The Village of Otego, N. Y., Appellant, for the Appointment of Commissioners and Assessment of Damages.— Order unanimously affirmed, with costs.

In the Matter of the Application of Frank W. Hunt, Respondent, v. The Village of Otego, N. Y., Appellant, for the Appointment of Commissioners and Assessment of Damages.— Order unanimously affirmed, with costs.

In the Matter of the Application of Elmer Chase, Appellant, v. The Village of Otego, N. Y., Respondent, for the Appointment of Commissioners.— Order reversed, with ten dollars costs and disbursements, upon the authority of *Matter of Hunt* v. *Village of Otego* (160 App. Div. 158), and matter remitted to Special Term. All concurred.

In the Matter of the Application of Alice Russell Bennett, Appellant, v. The Village of Otego, N. Y., Respondent, for the Appointment of Commissioners.— Order reversed, with ten dollars costs and disbursements, upon the authority of *Matter of Hunt* v. *Village of Otego* (160 App. Div. 158), and matter remitted to Special Term. All concurred.

In the Matter of the Application of the Red Hook Light and Power Company, Appellant, Relative to Acquiring Title to an Easement in Certain Real Estate in the Town of Clermont in the County of Columbia. Harry S. Williams and Another, Respondents.— Final order unanimously affirmed, with costs.

In the Matter of the Claim of Daniel J. Hartnett, Respondent, for Compensation under the Workmen's Compensation Law, v. Thomas J. Steen Company, Employer, and Employers' Liability Assurance Corporation, Ltd., Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim of John Spratt, Respondent, v. Sweeney & Gray Company, Employer, and Ætna Life Insurance Company, Insurer, Appellants.— Motion granted.

In the Matter of the Claim of William Post, Respondent, for Compensation under the Workmen's Compensation Law, v. Burger & Gohlke, Employer, and the Employers' Liability Assurance Corporation, Insurance Carrier, Appellants.— Motion granted.

In the Matter of the Claim of Frank Yume, Respondent, for Compensation under the Workmen's Compensation Law, v. Knickerbocker Portland Cement Company, Employer, and Employers' Liability Assurance Corporation, Ltd., Insurance Carrier, Appellants.— Motion denied.